UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81037-Civ-SCOLA

JAMES ROBERT PETERS, JR.,

    Plaintiff,
vs.

HUNTER WARFIELD, INC., et al.,

    Defendants.
_____/

### ORDER DISMISSING AND CLOSING CASE

THIS MATTER is before the Court upon an independent review of the record. On October 5, 2012, Plaintiff served a copy of the summons and complaint on Defendant Hunter Warfield, Inc. [ECF No. 5]. Because Hunter Warfield failed to answer or otherwise respond in timely fashion, the Court entered an Order to Show Cause [ECF No. 6] on January 31, 2013. Hunter Warfield has not responded to the Complaint or the Order to Show Cause, despite the passage of time. In addition, Plaintiff has failed to move for entry of Clerk's Default, as instructed by the Court in its prior Order [ECF No. 6]. Accordingly, as neither party has shown a willingness to proceed in this action and follow this Court's instructions, this case is **DISMISSED** without prejudice. The Clerk shall **CLOSE** this case.

    **DONE and ORDERED** in chambers at Miami, Florida on April 11, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**